433 A.2d 111

Commonwealth v. Reggie, Appellant.

Submitted December 6, 1979. Basil G. Russin, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

* Justice Samuel J. Roberts of the Pennsylvania Supreme Court is sitting by designation.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

Judgment of sentence affirmed.